```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                 CIVIL NO. 19-2665(DSD/KMM)
```

Richard L. Green, Sr.,

       Plaintiff,

v.                                              ORDER

Ronald Eugene Green,

       Defendant.


This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez dated July 30, 2020. No objections to the R&R have been filed in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 21] is adopted in its entirety; and
2. The action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2020

                                           s/David S. Doty
                                           David S. Doty, Judge
                                           United States District Court